## JACKSON v. STATE.

(Court of Criminal Appeals of Texas. June 27, 1913. Rehearing Denied Oct. 15, 1913.)

APPEAL AND ERROR (§ 706*) — MOTION FOR NEW TRIAL—RECORD.

The denial of a motion for a new trial in a criminal case cannot be reviewed on appeal, where the record does not contain the evidence, nor any bills of exceptions.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2944–2947; Dec. Dig. § 706.*]

Appeal from District Court, Grayson County; W. J. Mathis, Special Judge.

Will Jackson was convicted of an offense, and he appeals. Affirmed.

C. Huggins, of Sherman, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. The evidence is not before the court in this record, nor are there any bills of exceptions. Without these the matters set up in the motion for a new trial cannot be intelligently revised.

The judgment is affirmed.